UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.:<br>1:25-cv-02297(JGK)<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendant AXIS Insurance Company to answer Plaintiff's Complaint is extended up to and including June 26, 2025.

Dated: Westfield, New Jersey
       May 27, 2025

s/Logan A. Carducci
Logan A. Carducci, Esq.
Usery & Associates
485 Lexington Avenue
New York, New York 10017
(917)-778-6680
*Attorneys for Plaintiff*
*The Travelers Indemnity Company*
*of Connecticut*

s/Jay Lavroff
Jay Lavroff, Esq.
LINDABURY, McCORMICK,
ESTABROOK & COOPER, P.C.
53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091
(908) 233-6800
*Attorneys for Defendant*
*Axis Insurance Company*

So Ordered:

5/28/25

_____
HON. JOHN G. KOELTL
United States District Judge

10077174v2